FILED'06 MAR 20 08:51 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROLAND CANTLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>DSMF, INC.,<br><br>    Defendant. | Civil No. 05-1766-ST<br><br>O R D E R |

Eric J. Fjelstad
Smith & Fjelstad
722 N. Main Avenue
Gresham, Oregon 97030

  Attorney for Plaintiff

Gary V. Abbott
Ted Sumner
Abbot & Prange, P. C.
111 S. W. Fifth Avenue, Suite 2650
Portland, Oregon 97204

  Attorneys for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on February 2, 2006. Defendant filed timely objections to the Findings and Recommendation. When either party objects to any portion of a magistrate's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). The matter is before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Stewart. This court ADOPTS the Findings and Recommendation of Magistrate Judge Stewart dated February 2, 2006 in its entirety.

IT IS HEREBY ORDERED that DSMF, Inc.'s Motion to Dismiss (#5) and Cantley's request for sanctions, raised in Cantley's Response to the Motion to Dismiss (#10) are denied.

DATED this 20th day of March, 2006.

                /s/ Garr M. King
                GARR M. KING
                United States District Judge